

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 2:23-mj-4532 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| ABEL ANDREW MESTA, | |
| Defendant. | |

On September 6, 2023, Defendant Abel Andrew Mesta made his initial on the petition for revocation of supervised release and warrant for arrest issued on June 20, 2023. DFPD Michael Brown was appointed to represent Defendant. Defendant Mesta submitted on the recommendation of detention in the report prepared by Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant failed to comply with supervised release conditions by using controlled substances, several times over a period of months. He currently has an unstable residence and lacks adequate bail resources.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 6, 2023

*[signature]*

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE